IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 2:10CR00028 |
| Joseph Edward Myers | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on November 17, 2008 for a period of 3 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 19th day of June, 2012

United States District Judge